UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

PABLO M. GONZALES   CASE NUMBER:   03-33612
SSN: xxx-xx-6890    CHAPTER 13
Debtor

---

NOTICE TO PABLO M. GONZALES THAT $467.21
HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED
FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Pablo M. Gonzales, debtor herein, and deposits $467.21 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Pablo M. Gonzales is:

   c/o Debra Voltz-Miller
   1951 East Fox Street
   South Bend, IN 46613

2. That the debtor's attorney, Debra Voltz-Miller, returned the Trustee's disbursement check number 693935 dated May 1, 2011, in the amount of $467.21, for the reason that the debtor is deceased and no estate has been opened. The check has been voided.

3. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   September 19, 2011         /s/ Debra L. Miller
                                    Debra L. Miller, Trustee
                                    P.O. Box 11550
                                    South Bend, IN 46634
                                    (574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    September 19, 2011

By U.S. Mail postage prepaid

Debtor: Pablo M. Gonzales, c/o Debra Voltz-Miller, 1951 E. Fox Street, South Bend, IN 46613

By electronic mail via CM/ECF:
Debtor's Attorney: Debra Voltz-Miller
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King